# ALABAMA COURT OF CRIMINAL APPEALS



May 23, 2025

**CR-2024-0506**
Donald Vester Robbins, Jr. v. State of Alabama (Appeal from DeKalb Circuit Court: CC-24-41)

## NOTICE

You are hereby notified that on May 23, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk